**GUY T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Harry S. BERGER and Mrs. Harry S. Berger, Husband and Wife, Respondents.**

No. 8413.

Circuit Court of Appeals, Sixth Circuit.

Oct. 9, 1939.

Samuel O. Clark, Jr., J. P. Wenchel and Sewall Key, all of Washington, D. C., for petitioner.

No counsel appearing on the docket for respondents.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of the petitioner on review in the above-entitled cause to docket and dismiss the petition to review the decision of the United States Board of Tax Appeals in the said cause, and it appearing that a certificate of the clerk of the said Board has been filed showing that the petition to review was duly filed with the said Board, and it further appearing that the respondents in said cause have consented to the granting of said motion, it is ordered that the above-entitled cause be by the clerk of this court docketed and that the said petition to review be and the same is hereby dismissed.

It is further ordered that the clerk of this court forthwith transmit a certified copy of this order to the clerk of the United States Board of Tax Appeals at Washington, D. C.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner on Review, v. A. B. BETZ, Respondent on Review.**

No. 8416.

Circuit Court of Appeals, Sixth Circuit.

Oct. 9, 1939.

Samuel O. Clark, Jr., J. P. Wenchel, and Sewall Key, all of Washington, D. C., for petitioner.

James A. Farrell, of Cleveland, Ohio, for respondent.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

Upon consideration of a stipulation to docket and dismiss the petition to review the decision of the United States Board of Tax Appeals entered in said cause, executed on behalf of both the respondent on review and the petitioner on review, to which is attached a certificate of the clerk of said Board, showing that the petition to review was duly filed with said Board, it is ordered that the above-entitled cause be by the clerk of this court docketed, and that the said petition to review be, and the same is hereby dismissed.

It is further ordered that the clerk of this court forthwith transmit a certified copy of this order to the clerk of the United States Board of Tax Appeals at Washington, D. C.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Edward MALLINCKRODT, Jr., et al., Trustees, etc.**

No. 11521.

Circuit Court of Appeals, Eighth Circuit.

July 8, 1939.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Daniel N. Kirby and Harry W. Kroeger, both of St. Louis, Mo., for respondent.

PER CURIAM.

Petition to review decision of United States Board of Tax Appeals dismissed without costs to either party in this court, on motion of petitioner.